IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv446-MHT |
| ) | (WO) |
| WEXFORD HEALTH SOURCES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of plaintiff's objection (Doc. 28) to the United States Magistrate Judge's order (Doc. 25) denying plaintiff's motion for a jury trial (Doc. 24), it is ORDERED that the objection is overruled as unnecessary. Because defendant demanded a jury trial in its answer, there is no need for plaintiff to file his own jury demand. If this case proceeds to trial, it will be tried before a jury, unless <u>both</u> parties agree otherwise. *See* Fed. R. Civ. P. 38(d).

DONE, this the 17th day of January, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**